**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-27892-CIV-ALTONAGA**

**JOSÉ A. GUERRERO MEGIA**,

Petitioner,

v.

**UNITED STATES DEPARTMENT OF HOMELAND SECURITY**, *et al.*,

Respondents.
_______________________________/

## ORDER

**THIS CAUSE** came before the Court on *pro se* Petitioner, José A. Guerrero Megia's Petition for a Writ of Habeas Corpus under 28 U.S.C. [section] 2241 [ECF No. 1], docketed on November 6, 2026. For the following reasons, the Petition is dismissed.

*First*, a petitioner who wishes to proceed *in forma pauperis* in a section 2241 action must file "a motion for leave to proceed *in forma pauperis*, the affidavit required by 28 U.S.C. [section] 1915, and a certificate from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution." Rule 3(a)(2), Rules Governing Section 2254 Cases (alteration added); *see also id.* 1(b) ("The district court may apply [the Rules Governing Section 2254 Cases] to a [section 2241] habeas corpus petition[.]" (alterations added)). Petitioner has not paid the filing fee, filed a motion to proceed *in forma pauperis*, or requested additional time to do so.

*Second*, federal law requires that a habeas petition be "*signed and verified* by the person for whose relief it is intended or by someone acting in his behalf." 28 U.S.C. § 2242 (emphasis added); *see also* Rule 2(c)(5), Rules Governing Section 2254 Cases (requiring that petitions "be

signed under penalty of perjury by the petitioner or by a person authorized to sign it for the petitioner under 28 U.S.C. [section] 2242" (alteration added)). Consistent with these requirements, Local Rule 88.2 of the United States District Court for the Southern District of Florida provides that habeas petitions filed under 28 U.S.C. section 2241 must "be signed under penalty of perjury by [the] petitioner" or "by a person authorized to sign it" on the petitioner's behalf. S.D. Fla. L.R. 88.2(a) (alteration added). Petitioner did not sign his Petition.

Accordingly, it is

**ORDERED AND ADJUDGED** that *pro se* Petitioner, José A. Guerrero Megia's Petition for a Writ of Habeas Corpus under 28 U.S.C. [section] 2241 **[ECF No. 1]** is **DISMISSED without prejudice**. The Clerk is directed to **CLOSE** the case.

**DONE AND ORDERED** in Miami, Florida, this 9th day of November, 2026.

Cecilia M. Altonaga

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**